**No. 61040.**—David Traum Co., Inc., and Cohen & Mann *v.* United States, protests 282725–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of tracing wheels, wholly or in chief value of steel, not plated with platinum, gold, or silver, and chiefly used in the household to transfer pattern markings to fabrics prior to sewing the fabrics, the claim of the plaintiffs was sustained.

**No. 61041.**—Isaac B. Cohen & Sons Corp. *v.* United States, protests 286538–K and 311605–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of hunting knives, specially designed for other than household, kitchen, or butchers' use, with handles of steel other than austenitic, and under 4 inches in length, exclusive of handles, the claim of the plaintiff was sustained.

**No. 61042.**—Winter Wolff & Co., Inc. *v.* United States, protest 303520–K (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the articles identified on the invoices as item 618, water pump pliers, are, in fact, slip joint pliers, the claim of the plaintiff was sustained.